UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. **15-MJ-2119** |
| v. ) | |
| ) | JUDGE KNOWLES |
| JOHNNY SANTIAGO VALDEZ CALDERON ) | |

## ORDER

The Complaint and supporting affidavit are hereby placed under seal, except that a copy of the Complaint and supporting affidavit may be provided to the defendant and his counsel following the arrest of the defendant.

So ORDERED this 9th day of September, 2015.

_____
E. CLIFTON KNOWLES
U. S. MAGISTRATE JUDGE