UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-00163 |
| | ) | JUDGE CAMPBELL |
| JOHNNY SANTIAGO VALDEZ CALDERON | ) | |

ORDER

By November 30, 2015, the parties shall show cause why this case should not be unsealed.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE